# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:05-cr-00329-KJD-LRL |
| Plaintiff, | ORDER |
| vs. | |
| DENISE DORSEY, | |
| Defendant. | |

**ORDER**

Based on the motion of the United States, and for good cause appearing,

IT IS HEREBY ORDERED that the Judgment in the above-referenced matter is unsealed.

Dated this the __11th__ day of __August__, 2014.

_____
UNITED STATES DISTRICT JUDGE