UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DENISE DORSEY,<br><br>Defendant. | 2:05-cr-00329-KJD-LRL<br><br>**CLARIFICATION ORDER** |

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case 2:05-cr-00329-KJD-LRL on 10/18/2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee listed below:

Name of Payee: Bank of America
Amount of Restitution: $215,220.44

Restitution is joint and several with co-defendants: Terrye J. Armstead, Natalie Myles, Denise Spratley and Nancy Fleming for their respective amounts due. The above restitution amount does not reflect payments made.

**IT IS SO ORDERED**

Dated this 9th day of February, 2023.

_____
JUDGE KENT J. DAWSON
UNITED STATES DISTRICT JUDGE